AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

EVARISTO JONATHAN GARCIA,

    Petitioner,        JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: **3:17-cv-00378-MMD-WGC**

STATE OF NEVADA, et al.,

    Respondent(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice to the filing of a new petition in a new action.
    **IT IS FURTHER ORDERED** that a certificate of appealability is denied.

June 19, 2017                                                            **DEBRA K. KEMPI**
                                                                                Clerk

                                                                                /s/ K. Rusin
                                                                                Deputy Clerk